CRIMINAL CALENDAR/MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**8TH FLOOR   TIME:   9:00 AM - 12:30 PM**
**1:30 PM -  4:30 PM**

**MAGISTRATE JUDGE   ANDREA M. SIMONTON**

Case No. 08-20895-CR-UNGARO   Date FEBRUARY 10, 2009 END: 4:30 PM

Clerk ALICIA L. WILLIAMS     Tape No.    N/A

Court Reporter    RICHARD BARRY

USPO/USPT  N/A              Interpreter    N/A

**UNITED STATES OF AMERICA V. DAVID ROTHMAN (B)**

AUSA   JOHN DARDEN           Defense Counsel   JOEL HIRSCHHORN

KEITH PIERRO

Defendant(s): Present X    Not Present _____   In Custody _____

Reason for Hearing: MENTAL COMPETENCY

Result of Hearing: Mental competency hearing held. Opening statements heard. Witness Dr. Barry Crown, Ph.D. sworn and testified. Direct examination. Defendant's exhibits #1, #2 and #3 admitted. Cross examination. Redirect examination. Witness Dr. Hyman Eisenstein, Ph.D. sworn and testified. Defendant's exhibits #4 and #5 admitted. Direct examination. Cross examination. Redirect examination. Witness Dr. Kenneth Fischer, M.D. sworn and testified. Defendant's exhibits #6 and #7 admitted. Direct examination. Cross

examination. Witness Dr. Jeffrey Gelblum, M.D. sworn and testified. Defendant's exhibit #8 and #9 admitted. Direct examination. Cross examination. Hearing continued to 2/12/09 at 9:00 a.m.