CRIMINAL CALENDAR/MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**8TH FLOOR   TIME:   9:00 AM - 12:45 PM**
**1:45 PM - 4:00 PM**

**MAGISTRATE JUDGE   ANDREA M. SIMONTON**

Case No. 08-20895-CR-UNGARO    Date FEBRUARY 12, 2009 END: 4:00PM

Clerk ALICIA L. WILLIAMS          Tape No.    N/A

Court Reporter    RICHARD BARRY

USPO/USPT   N/A                  Interpreter    N/A


**UNITED STATES OF AMERICA V. DAVID ROTHMAN (B)**


AUSA   JOHN DARDEN          Defense Counsel   JOEL HIRSCHHORN

                                              KEITH PIERRO


Defendant(s): Present X     Not Present _____    In Custody _____

Reason for Hearing: CONTINUED MENTAL COMPETENCY


Result of Hearing: Continued competency hearing held. Witness Dr. Michael Rappaport sworn and testified. Defendant's exhibits #10 and #11 admitted. Direct examination. Cross examination. Redirect examination. Defendant rests. Witness Dr. Enrique Suarez sworn and testified. Government's exhibit #1 and #2 w/attachments admitted. Direct examination. Cross examination. Rebuttal argument heard. Closing arguments heard.