UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20895-CR-UNGARO/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID ROTHMAN,

    Defendant.
    _____/

**ORDER GRANTING DEFENDANT'S MOTION TO DETERMINE COMPETENCY
TO PROCEED TO SENTENCING
AND
APPOINTING RANJAN DUARA, M.D. TO CONDUCT A COMPETENCY EVALUATION
PURSUANT TO 18 U.S.C. §§ 4241(a)**

Presently pending before this Court is Defendant David Rothman's Motion to Determine Competency to Proceed to Sentencing (DE # 452). The Government has responded in opposition (DE # 469), and the Defendant has replied (DE # 478). This motion has been referred to the undersigned Magistrate Judge by the Honorable Ursula Ungaro, United States District Judge (DE # 453). A hearing on this motion was held on July 1, 2009, at which time the Court found, based upon the motion and updated mental health reports, that there was reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect such that he is not competent to proceed to sentencing in this matter, and/or is in need of custody for care or treatment in a suitable facility. Therefore the motion to determine competency was granted. The Court suggested that an evaluation be conducted by Ranjan Duara, M.D., and the parties agreed that Dr. Duara was a suitable expert.

This Order formally appoints Ranjan Duara, M.D. to conduct a competency evaluation of David Rothman, and sets forth the parameters of that evaluation, pursuant

to the provisions of 18 U.S.C. §§ 4241 and 4247.

Title 18, United States Code, Section 4241(a), provides that the Court shall order a hearing regarding a defendant's competency to stand trial "if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." The Court has the authority to order that a psychiatric or psychological examination be conducted, and that a report be filed with the court, prior to the date of such hearing. 18 U.S.C. § 4241(b). This examination, report, and hearing are to be conducted and prepared in accordance with the provisions of 18 U.S.C. § 4247. 18 U.S.C. § 4241(b), (c).

Psychiatric and psychological examinations are governed by 18 U.S.C. § 4247(b), which provides in pertinent part:

> A psychiatric or psychological examination ordered pursuant to this chapter shall be conducted by a licensed or certified psychiatrist or psychologist, or, if the court finds it appropriate, by more than one such examiner. Each examiner shall be designated by the court. . . .

Pursuant to 18 U.S.C. § 4247(c), report of examination shall include:

> (1) the person's history and present symptoms;
> (2) a description of the psychiatric, psychological, and medical tests that were employed and their results;
> (3) the examiner's findings; and
> (4) the examiner's opinions as to diagnosis, prognosis, and–
>     (A) . . . whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Based upon a review of the record as a whole, including the belief expressed by

defense counsel as an officer of the Court that he does not believe the defendant is able to adequately assist in his defense, which is sufficiently corroborated by the mental health reports, the undersigned finds that there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect that may render him incompetent to proceed to sentencing.

Ranjan Duara, M.D. is appointed to conduct the above evaluation. In connection with the evaluation, as discussed at the hearing, he will be provided with the expert reports which were previously admitted at the competency hearing held prior to the trial, as well as the follow-up reports which were attached to the present motion, which are listed below:

1. Brain Pet Scan Interpretive Results from Elite Imaging performed by M.E. Heard, III, MD, ABNM, dated 4/23/2008-4/24/08

2. Materials from Jeff Gelblum, M.D.:
   a. Neurologic Examination, dated 3/29/07
   b. Final Report, dated 12/15/08
   c. Curriculum Vitae

3. Materials from Barry M. Crown, Ph.D.:
   a. Neuropsychological Evaluation, dated 3/12/07
   b. Addendum to Neuropsychological Evaluation, dated 12/29/08
   c. Curriculum Vitae

4. Materials from Kenneth C. Fischer, M.D., P.A.:
   a. Neurological Consultation, dated 10/31/08;
   b. Neurological Follow-Up, dated 6/2/09;
   c. Curriculum Vitae

5. Materials from Michael E. Rappaport, Ph.D.:
   a. Letter to Mr. Hirschhorn re: David Rothman, dated 10/27/08;
   b. Letter to Mr. Hirschhorn re: update on David Rothman, dated 6/16/09;
   c. Curriculum Vitae

6. Materials from Hyman Eisenstein, Ph.D. of Neuropsychological Associates:
   a. Competency Evaluation, dated 2/6/09
   b. Lists of Psychological Tests, Medical Records and Interviews conducted and reviewed by Neuropsychological Associates (undated)
   c. Results of several tests administered during Dr. Eisenstein's evaluation, including Minnesota Multiphasic Personality; Inventory (MMPI-2) dated 1/21/09, Validity Indicator Profile (VIP) dated 1/15/09, Wechsler Adult Intelligence Scale (WAIS III) dated 1/15/09, Wechsler Memory Scale (WMS), dated 2/4/09
   d. Curriculum Vitae

7. Materials from Enrique M. Suarez, Ph.D.:
   a. Competency Evaluation, dated 2/2/09 and 2/3/09
   b. Results of tests administered 2/2/09-2/3/09 during Dr. Suarez's evaluation, including Test of Nonverbal Intelligence (TONI-3), California Verbal Learning Test (CVLT-II), Minnesota Multiphasic Personality Inventory (MMPI-2), Validity Indicator Profile (VIP)
   c. Curriculum Vitae

In addition, Dr. Duara will be provided the reports of the following experts who examined David Rothman as members of the Examining Committee for the Probate Division of the Circuit Court for Miami Dade County, in connection with guardianship proceedings:

   a. Report from J.W. Toomer, Ph.D. dated 5/26/09;
   b. Report from Addys Prieto, PSYD, PA dated 6/1/09;
   c. Report from Alfred Jonas, M.D. dated 6/2/09.

Although these reports were prepared for a different purpose, they are sufficiently probative of the issues in this case such that Dr. Duara is permitted to review them and give them whatever weight he deems appropriate.

Therefore, it is hereby

**ORDERED AND ADJUDGED** that Defendant David Rothman's Motion to Determine Competency to Proceed to Sentencing (DE # 452) is **GRANTED**. Ranjan

Duara, M.D. is hereby appointed to conduct an examination of the Defendant, David Rothman.  The Defendant shall be evaluated to determine his competency to understand the proceedings in this Court, pursuant to 18 U.S.C. §§ 4241, 4247(b).  The cost for this evaluation is to be borne by the Department of Justice.  See <u>Guide to Judicial Policy & Procedure</u>, vol. VII, chap. III, Part B, § 3.11(B) & Summary Chart (Administrative Office of the United States Courts).  The report shall conform to the requirements of 18 U.S.C. § 4247(c), and shall include the following information:

>  (1) David Rothman's history and present symptoms;
>
>  (2) a description of the psychiatric, psychological, and medical tests that were employed and their results;
>
>  (3) Dr. Duara's findings; and
>
>  (4) Dr. Duara's opinions as to diagnosis, prognosis, and as to whether David Rothman is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and, if so, whether the condition is likely to improve with treatment.

A copy of this report shall be furnished to the Court by email to Simonton@flsd.uscourts.gov  or by facsimile to 305-523-5939, and the Court will then file the report under seal and  provide a copy to government counsel and defense counsel.

**DONE AND ORDERED** in chambers in Miami, Florida, on July 16, 2009.

*Andrea M. Simonton*
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

5

**Copies to:**
**The Honorable Ursula Ungaro, United States District Judge**
**All counsel of record via CM/ECF**
**Ranjan Duara, M.D.**