UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20895-CR-UNGARO/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID ROTHMAN,

    Defendant.
                                              /

## ORDER DIRECTING GOVERNMENT TO PRODUCE DOCUMENTS, SETTING FURTHER TELEPHONIC STATUS CONFERENCE AND SETTING COMPETENCY HEARING

This matter was before the Court for a telephonic status and scheduling conference on January 19, 2010. The purpose of this hearing was to set a date for the competency hearing since the forensic mental evaluation of Defendant Rothman, which was conducted by the Bureau of Prisons at the Federal Medical Center in Rochester, Minnesota, had been completed, and the Report filed (DE # 569). During the hearing, the Court also considered Defendant Rothman's Notice Pursuant to Bureau of Prisons Request filed on January 12, 2010 ("Notice") (DE # 569), which set forth the attempts made by defense counsel to obtain the underlying data upon which the forensic evaluation was based. This Order sets forth the rulings made orally at the hearing.

    In the Defendant's Notice presently before the Court, Counsel for the Defendant stated that he had forwarded a Freedom of Information Request to the Federal Medical Center in Rochester, Minnesota seeking to obtain the records related to the evaluation conducted of David Rothman at that facility. According to the Notice, Counsel for the Defendant has been unsuccessful in its attempt to obtain the requested records from certain BOP personnel.

However, Defendant Rothman's evaluation was conducted by the Federal Medical Center pursuant to this Court's Order granting the Government's request for an inpatient evaluation of David Rothman in order to assess the Defendant's competency for sentencing purposes (DE # 553).  The undersigned therefore concludes that the Defendant is entitled to obtain the records from the Federal Medical Center pursuant to a court order, and that a Freedom of Information Request is unnecessary and may result in needless delay in these proceedings.   In addition, at the hearing, the Government stated that it was in the process of obtaining the requested records from the BOP, and the relevant records should be received shortly.

Defense counsel stated that until he received the underlying records, he was unable to determine the identity of all of the witnesses he intended to call. In this regard, defense counsel named several potential witnesses who participated in the evaluation of Defendant Rothman and who are located at FMC Rochester.  Government counsel announced that it intended to present live testimony from Daniel Carlson, Ph.D., one of the staff psychologists who authored the forensic evaluation of Defendant Rothman, but that it did not intend to call psychology intern Emily Wakeman who co-authored the Report.  In addition, the Government did not refer to the third co-signer of the report, staff psychiatrist Daniel Shine, M.D.  The Government stated that due to the staffing needs of FMC Rochester, it would be impossible to produce all of the persons who participated in the evaluation in person in Miami at the same time.  The parties agreed to consult regarding the need for in person testimony from all of the personnel at FMC Rochester.

In addition, defense counsel stated that he also needed to review the underlying data before determining which local witnesses would be called at a competency hearing.

Accordingly, it is

**ORDERED AND ADJUDGED** that the Government shall provide to the Defendant all underlying data and records listed in the attachment to Defendant Rothman's Notice Pursuant to Bureau of Prisons Request (DE # 569-1) on or before Tuesday, January 26, 2010.  It is further

**ORDERED AND ADJUDGED** that a telephonic scheduling and status conference on this matter is set for Tuesday, February 9, 2010 at 3:00 pm.  The parties must confer prior to this status conference regarding whether the in-person appearance of out-of-town witnesses is required, or whether telephonic or video-conference testimony will be presented.  In addition, the parties must be prepared to advise the Court of the identity of the witnesses who will be called at the hearing.  Counsel for Defendant Rothman shall initiate the conference call to the chambers of the undersigned Magistrate Judge with all parties on the line.  It is further

**ORDERED AND ADJUDGED**  that a competency hearing for Defendant David Rothman is set for Monday, February 22, 2010 at 9:30 a.m. before the undersigned in the 8th Floor Courtroom at 301 N. Miami Ave., Miami, Fl 33128.  Two days have been set aside for that hearing.  It will be the responsibility of counsel to arrange for the appearance of any witnesses they desire to call, including the court-appointed experts.

**DONE AND ORDERED** in chambers in Miami, Florida, on January 26, 2010.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

**Copies to:**
**The Honorable Ursula Ungaro, United States District Judge**
**All counsel of record via CM/ECF**