**CRIMINAL CALENDAR/MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**8TH FLOOR   TIME: 9:30 AM - 12:30 PM**
**1:30 PM - 5:15 PM**

MAGISTRATE JUDGE   **ANDREA M. SIMONTON**

Case No.   08-20895-CR-UNGARO   Date MARCH 15, 2010   END: 5:15 PM

Clerk ALICIA L. WILLIAMS         Tape No.   N/A

D.A.R. No.   9:44:48

Court Reporter     LARRY HERR

USPO/USPT   N/A              Interpreter N/A

**UNITED STATES OF AMERICA V. DAVID ROTHMAN (B)**

AUSA JOHN DARDEN/CHARLES REED   Defense Counsel JOEL HIRSCHHORN

KEITH PIERRO

Defendant(s): Present X    Not Present _____   In Custody _____

Reason for Hearing: COMPETENCY HEARING

Result of Hearing: Day #1 of competency hearing held. Defense Witness Dr. Ranjan Duara, Neurologist sworn and testified. Defense composite exhibits #2, #3, #3-A, #3-B & #3-C admitted w/o objection. Direct examination.  Dr. Duara declared an expert witness in neurology and dementia type disorders. Defendant's exhibit #7 admitted. Cross examination. Defense exhibit #6 admitted w/o objection. Government Witness Dr. Daniel Carlson, Clinical

Psychologist sworn and testified. Direct examination. Defense objects to Dr. Carlson being deemed an expert witness. Voir Dire by defense of Dr. Carlson.  Court finds that Dr. Carlson is deemed an expert witness in psychology. Direct examination continued. Government's exhibits #1, #2 and #3 admitted. Cross examination. Redirect examination.  Recross examination.  Hearing continued to 3/16/10.