**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 08-20895-CR-UNGARO**

**UNITED STATES OF AMERICA,**

**v.**

**DAVID ROTHMAN,**

        **Defendant.**

_____/

**UNITED STATES' SECOND REPORT REGARDING**
**STATUS OF DEFENDANT DAVID ROTHMAN**

The United States of America, by and through undersigned counsel, hereby files the following second report regarding the status of Defendant David Rothman.

On April 6, 2011, the Court ordered the Government to file further monthly reports on the status of Defendant David Rothman's evaluation by the medical staff at the Federal Medical Center at Butner, North Carolina.

The undersigned has spoken to Angela Walden Weaver, Ph.D., a Forensic Psychologist on the medical staff at FMC Butner, who has been a treating clinician for Dr. Rothman's evaluation.  Dr. Weaver has informed the Government that a letter to the Court has been prepared regarding Dr. Rothman's evaluation and that this letter is currently awaiting the review and signature of the facility warden.  The government intends to make this letter part of the Court's record by sealed filing once it is received.

1

The undersigned was further advised by FMC Butner staff that they continue to estimate Rothman's evaluation will take the 120 days provided for by law.

Respectfully submitted,

WILFREDO A. FERRER
United States Attorney
Southern District of Florida

By:   /s/ _____

CHARLES D. REED
Court No. A5501295
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.  20005
Tel:(202) 514-0658

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 3, 2011, the foregoing was filed with the clerk of the

Court by ECF.

Dated: May 3, 2011

/s/
Charles D. Reed
Trial Attorney