UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CR-20895-UU

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

DAVID ROTHMAN,

        Defendant.

_____/

**MOVANT'S MOTION TO DISCHARGE PERSONAL SURETIES JOSE LUIS ROTHMAN AND AMANDA ROTHMAN AND THEIR (CO-SIGNER) OBLIGATIONS WITH RELATION TO THE $500,000.00 PERSONAL SURETY BOND IN RELATION TO DEFENDANT DAVID ROTHMAN**

For this Motion, Movants Jose Luis Rothman and Amanda Rothman ("Movants") state:

1. On September 25, 2008, Defendant David Rothman was indicted [D.E. 3].

2. Defendant was arrested and presented for arraignment on October 8, 2008. [D.E. 15].

3. On that same date the Court entered a $100,000.00 corporate surety bond and a $500,000.00 personal surety bond to be co-signed by the Movants, Amanda Rothman and Jose Luis Rothman. [D.E. 25]

4. Movants put up two real properties for collateral on the bond. Namely, 1286 N.W. 167th Avenue, Pembroke Pines, FL 33028 and 3206 Forest Hill Blvd., Palm Springs, FL 33406.

5. A specific condition of the bond restricted the Movants/co-signers from selling, pledging, mortgaging, etc., these properties until the bond is discharged. [D.E. 56].

6. On March 19, 2009, Defendant was found guilty by jury verdict. [D.E. 358]

7. Post-trial, the bond was increased but that did not affect the obligation of the movants herein.

8.  Ultimately, on August 18, 2010, and before sentencing, the Defendant was found incompetent to proceed to sentencing. [D.E. 605].

9.  The docket sheet reveals over two dozen entries from February 20, 2013 through and including June 21, 2017, all, underseal.

10.  The Defendant remains detained at an ACLF facility and therefore there is no further reason to continue the bond, or, at the very least, to require the co-signator's obligation thereon.

11. The Movants need to move on with their lives – their properties have been restricted for almost ten years now and they respectfully ask the Court to relieve them of their original bond obligations.

12. Pursuant to Local Rule 88.9, undersigned counsel contacted AUSA Brendan Stewart who advised that the government has no objection to the granting of the relief requested herein.

WHEREFORE, Movants pray this Court enter an order discharging them from their bond obligations and releasing the properties as collateral on the bond.

Respectfully submitted,

 s/ Richard J. Diaz

_____

Richard J. Diaz, Esq.
3127 Ponce De Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
F.B.N. 0767697

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF and served on all parties of record this 22nd day of September, 2017.

s/ Richard Diaz

Richard J. Diaz, Esq.