UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CR-20895-UU

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID ROTHMAN,

Defendant.

_____/

## ORDER ON MOVANT'S MOTION TO DISCHARGE PERSONAL SURETIES JOSE LUIS ROTHMAN AND AMANDA ROTHMAN AND THEIR (CO-SIGNER) OBLIGATIONS WITH RELATION TO THE $500,000.00 PERSONAL SURETY BOND IN RELATION TO DEFENDANT DAVID ROTHMAN [D.E. 765]

THIS CAUSE came before this Court upon Movant's Motion to Discharge Personal Sureties, Jose Luis Rothman and Amanda Rothman, and their (Co-Signer) Obligations with Relation to the $500,000.00 Personal Surety Bond in Relation to Defendant David Rothman, and this Court having read the motion, the government having no objection thereto, and being otherwise fully advised on the premises, it is hereby

**ORDERED AND ADJUDGED.**

1. Movant's Motion to Discharge Personal Sureties, Jose Luis Rothman and Amanda Rothman, and their (Co-Signer) Obligations with Relation to the $500,000.00 Personal Surety Bond in Relation to Defendant David Rothman is GRANTED.

2. The real property located at 1286 N.W. 16th Avenue, Pembroke Pines, FL 33028 is hereby discharged and released from the bond in this matter.

3. The real property located at 3206 Forest Hill Blvd., Palm Springs, FL 33406 is hereby discharged and released from the bond in this matter.

**DONE AND ORDERED** in Chambers in Miami Dade County, Florida this _____ day of

_____, 2017.

_____
U.S. District Court Judge

cc: Counsel of record