UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CR-20895-UNGARO

UNITED STATES OF AMERICA

v.

DAVID ROTHMAN,

Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed herein, the Acting United States Attorney for the Southern District of Florida hereby dismisses with prejudice the Indictment against the above-named defendant.

Respectfully submitted,

_____/s/_____
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: __1/15/19__

_____
URSULA M UNGARO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:    Counsel of record